# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DARRYL RANKINS                                                                                          PLAINTIFF

v.                                              NO. 5:12CV00425 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner of the Social Security Administration denying the claim of Darryl Rankins is affirmed. The complaint of Darryl Rankins is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE